COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Ricardo K. Dukes
C.P.C.F. DOC No. 563960
26356 Hwy 15
Ferriday LA 71334

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 12, 2023

### REHEARING ACTION: July 12, 2023

**Docket Number: 22   00167-KH**

**STATE OF LOUISIANA
VERSUS
RICARDO K. DUKES**

**Writ Application from Concordia Parish Case No. 08-0854**

**BEFORE JUDGES:**

  **Hon. Van H. Kyzar
  Hon. Candyce G. Perret
  Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Ricardo K. Dukes** is:

  **REHEARING DENIED.**  *See* Uniform Rules—Courts of Appeal, Rules 2-18.2
  and 2-18.7.

cc: Hon. Bradley R. Burget, Counsel for  the Respondent